**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    v.<br><br>**TOBY L. BELL** | **Case No.: 4:21-CR-00006-CDL-MSH-1** |

## ORDER

Defendant was indicted on February 10, 2021, ECF. 1, and arraigned on September 15, 2022, ECF 13.  A pretrial conference is currently scheduled for November 30, 2022.  Defendant requests a continuance and the government does not oppose.  Specifically, Defendant will need time to discuss a possible resolution with the Government.

IT IS HEREBY ORDERED that the above-referenced matter be continued to next term of Court set for March 2023 and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time.  The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation.  18 U.S.C. §§ 3161(h)(7)(A)-(B).  The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this **23rd** day of **November, 2022**.

S/Clay D. Land
Clay D. Land, U.S. District Judge